FILED
Clerk
District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00005 |
| Plaintiff, | ) | |
| vs. | ) | EXIHIBIT WITHDRAWAL RECEIPT |
| JUAN S. DEMAPAN, and<br>MICHAEL B. KERSCHNER, | ) | |
| Defendant, | ) | |

EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

**AS PER ATTACHED DEFENDANT'S EXHIBIT LIST**

Dated: 1 DEC., 2005      *Roman Demapan 234-2189*

Acknowledge by:   _____
Pedro Atalig
c/o Antonio Atalig
P.O. Box 100001, PMB 122
Saipan, MP 96950

Approved:   _____
Ignacio C. Benavente
Chief Deputy Clerk