IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00005 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| JUAN S. DEMAPAN, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 6th day of January, 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

LISTAO 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. Juan S. Demapan & Michael B. Kerschner | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| Government's Attorney<br>John Rice, AUSA | Defendants' Attorneys<br>Pedro Atalig, Esq., (for Defendant Demapan)<br>Vicente Torres, Esq. (for Deft. Demapan)<br>Joaquin Torres, Esq. (for Deft. Demapan)<br>David J. Lujan, Esq. (for Deft. Demapan)<br>Richard W. Pierce, Esq.(for Deft. Kerschner) | Docket Number CR-02-00005 |
| | | Trial Date(s) September 15- October 9, 2003 |
| Presiding Judge    Alex R. Munson | Court Reporter    Sanae Shmull | Courtroom Deputy    K. Lynn Lemieux |

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 09/17/03 | | | Robert Schrack (Acting Director of Finance) |
| 1 | | 09/17/03 | 09/17/03 | 09/17/03<br>09/25/03 | Demapan Design Contract |
| 3 | | 09/17/03 | 09/17/03 | 09/17/03<br>09/25/03 | Supporting Docs for $200,000 check |
| 2 | | 09/17/03 | 09/17/03 | 09/17/03 | $200,000 check to Demapan |
| 5 | | 09/17/03 | 09/17/03 | 09/17/03 | Supporting Docs for $300,000 check |
| 4 | | 09/17/03 | 09/17/03 | 09/17/03 | $300,000 check to Demapan |
| 6 | | 09/17/03 | 09/17/03 | 09/17/03 | $489,885 check to Demapan |
| 7 | | 09/17/03 | 09/17/03 | 09/17/03 | Supporting Docs for $489,885 check |
| 9 | | 09/17/03 | 09/18/03 | | Memo to Secretary of Finance |
| | KS (Kerschner) | 09/17/03 | 09/17/03 | 09/17/03 | Memo |
| | A-1 (Demapan) | 09/18/03 | 09/18/03 | 09/18/03 | Copy of 1997 Calendar |
| | | 09/18/03 | 09/18/03 | | Investigative Activity Report dated September 24, 2000 |
| | | 09/18/03 | 09/18/03 | | Memo to Tom Bussanich dated 09/15/1997 re: draw-down requests |
| W2 | | 09/18/03 | | | Daniel C. Camacho (GM of Atkens Kroll) |
| 73<br>AKR1-22 | | 09/18/03 | 09/18/03 | 09/18/03 | Documents relating to purchase of Mercedes Benz vehicles |
| 73<br>EJDS361 | | 09/18/03 | 09/18/03 | 09/18/03 | Documents relating to purchase of Mercedes Benz vehicles |
| W1 | | Recalled 09/18/03 | | | Robert Schrack (Acting Director of Finance) |
| | | 09/18/03 | 09/18/03 | | Demapan Engineering & Construction Subcontract Agreement |
| 88 | | 09/19/03 | 09/19/03 | 09/19/03 | Memorandum - Request for Payment dated June 27, 1997 |
| 89 | | 09/19/03 | 09/19/03 | 09/19/03 | Agreement & Contract for Design and Construction |
| W3 | | 09/19/03 | | | Verna Felipe (Branch Manager - Bank of Hawaii) |
| 56 | | 09/19/03 | 09/19/03 | 09/19/03 | FSL Bank Records of $200,000 |
| 58 | | 09/19/03 | 09/19/03 | 09/19/03 | BOH Bank Records of $300,000 |
| 10 | | 09/19/03 | 09/19/03 | 09/19/03 | Payment Order $100,000 Wire Transfer |
| 95 | | 09/22/03 | 09/22/03 | 09/23/03 | Check Stub |
| W4 | | 09/22/03 | | | Bertha Chong-Tudela (Acting Director of Police) |
| MGD02202 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02205 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02206 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02216 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| MGD02218 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02220 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02202 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02230 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02231 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02234 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02235 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02236 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| MGD02238 (73) | | 09/22/03 | 09/22/03 | 09/22/03 | Documents relating to Mercedes Benz Ownership |
| W5 | | 09/22/03 | | | Annie Naholowass (Getaway Travel) |
| EJDS00627 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| EJDS00627 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00001 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00002 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00003 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00004 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00005 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00006 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| GTR00007 (64) | | 09/22/03 | 09/22/03 | 09/22/03 | Travel Receipts |
| W6 | | 09/22/03 | | | Annie Demapan Castro |
| 35 | | 09/22/03 | 09/22/03 | 09/22/03 | Annual Corporation Report |
| 36 | | 09/22/03 | 09/22/03 | 09/22/03 | Annual Corporation Report |
| 92 | | 09/22/03 | 09/22/03 | 09/22/03 | Extension Agreement - Isla Financial Services |
| 93 | | 09/22/03 | 09/22/03 | 09/22/03 | Print Out Deliquent Customers - Isla Financial Services |
| W7 | | 09/23/03 | | | Mary Ann Calvo |
| 91 | | 09/23/03 | 09/23/03 | 09/23/03 | Invoice |
| W8 | | 09/23/03 | | | Tai Lee (IRS) |
| 62 | | 09/23/03 | 09/23/03 | 09/23/03 | Puyallup Bank Records of Kerschner |
| 57 | | 09/23/03 | 09/23/03 | 09/23/03 | Summary of $200,000 Expenditures |
| 59 | | 09/23/03 | 09/23/03 | 09/23/03 | Summary of $300,000 Expenditures |
| W9 | | 09/23/03 | | | Robert McDowell |
| 20 | | 09/23/03 | 09/23/03 | 09/23/03 | Permit Request |
| 21 | | 09/23/03 | 09/23/03 | 09/23/03 | Certificate Stamp |
| 22 | | 09/23/03 | 09/23/03 | 09/23/03 | Demolition Permit |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 09/23/03 | 09/23/03 | 09/23/03 | Demapan IT&E Phone Records |
| 38 | | 09/23/03 | 09/23/03 | 09/23/03 | Payment Request to Secretary of Finance |
| 39 | | 09/23/03 | 09/23/03 | 09/23/03 | Payment Request to Secretary of Public Works |
| 45 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax Copy of Deposit Estimate |
| 46 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Quantum |
| 47 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Mike Kerschner |
| 50 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Juan Demapan |
| 31 | | 09/23/03 | 09/23/03 | 09/23/03 | Letter to Andrew Smith, Richard Cody, DPW |
| 53 | | 09/23/03 | 09/23/03 | 09/23/03 | 06/26/97 Letter to Smith with Note to Governor |
| 55 | | 09/23/03 | 09/23/03 | 09/23/03 | Original Utility Calculations San Vicente Elementary School |
| 61 | | 09/23/03 | 09/23/03 | 09/23/03 | 08/04/97 Letter to Juan Demapan & DEQ Permit |
| 49 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Mike Kerschner |
| 65 | | 09/23/03 | 09/23/03 | 09/23/03 | Letter to Won Il Bong |
| 66 | | 09/23/03 | 09/23/03 | 09/23/03 | Letter to Demapan from Won Il Bong |
| 67 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax Request for Payment Invoice |
| 68 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Demapan re: Mobilization |
| 80 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax to Mike Kerschner |
| 98 | | 09/23/03 | 09/23/03 | 09/23/03 | Fax - Quantum |
| 99 | | 09/23/03 | 09/23/03 | 09/23/03 | Ltr. - Thomas Publishing |
| 100 | | 09/23/03 | 09/23/03 | 09/23/03 | Receipt - Atkins Kroll |
| 101 | | 09/23/03 | 09/23/03 | 09/23/03 | Receipt - CPA |
| 102 | | 09/23/03 | 09/23/03 | 09/23/03 | Receipt - Seabridge |
| 103 | | 09/23/03 | 09/23/03 | 09/23/03 | Receipt - Saipan Stevedore |
| 94 | | 09/23/03 | 09/23/03 | 09/23/03 | Binder |
| 25 | | 09/23/03 | 09/23/03 | 09/23/03 | Kerschner Sprint Phone Records |
| 26 | | 09/23/03 | 09/23/03 | 09/23/03 | Kerschner AT & T Phone Records |
| 27 | | 09/23/03 | 09/23/03 | 09/23/03 | Kerschner NOS Phone Records |
| 28 | | 09/23/03 | 09/23/03 | 09/23/03 | Kerschner USWest Phone Records |
| 97 | | 09/23/03 | 09/23/03 | 09/23/03 | Print out from Kerschner's Computer |
| W10 | | 09/23/03 | | | Stephen Paul Lemieux |
| 44 | | 09/23/03 | 09/23/03 | 09/23/03 | Memo re: Payment Application - Bills of Lading |
| DOF 11 (3) | | 09/24/03 | 09/24/03 | 09/24/03 | Memorandum from Public Works |
| | | 09/24/03 | 09/24/03 | | Memorandum from CNMI Sec. of Finance to CNMI DPW |
| | K-JJJ (Kerschner) | 09/24/03 | 09/24/03 | 09/24/03 | Demapan Engineering and Construction Co. Subcontract Agreement |
| | FU (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | DPW Memo to TSD DPW |
| | BO (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | USDOI to DPW Telecopy Transmittal |
| | YA (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | House Bill 10-277 (Public Law 10-38) |
| | AQ (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | P & S Finance CNMI Procurement Regulations |
| | NW (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | Memorandum from DPW |
| | VT (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | Memorandum from Andrew Smith to Governor |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 112 | | 09/24/03 | 09/24/03 | 09/24/03 | Letter of Termination - 60 Classroom Project |
| 113 | | 09/24/03 | 09/24/03 | 09/24/03 | Memo from Andy Smith re: 60 Classroom Project |
| | | 09/24/03 | 09/24/03 | | Memo to Acting Sec. of Public Works from Acting AG |
| 104 | | 09/24/03 | 09/24/03 | 09/24/03 | Memo from the Acting Sec. of Public Works |
| 106 | | 09/24/03 | 09/24/03 | 09/24/03 | Memo from the Acting Sec. of Public Works |
| 114 | | 09/24/03 | 09/24/03 | 09/24/03 | Letter from OIA to Lemieux re: 60 Classroom Project |
| | ZF (Demapan) | 09/24/03 | 09/24/03 | 09/24/03 | Letter of 10/14/1997 from Andrew Smith |
| W11 | | 09/25/03 | | | Josepha Sablan (HITA Travel) |
| EJDS00432 (58) | | 09/25/03 | 09/25/03 | 09/25/03 | Check |
| EJDS 919 (64) | | 09/25/03 | 09/25/03 | 09/25/03 | Travel Receipts |
| HITA00003 (64) | | 09/25/03 | 09/25/03 | 09/25/03 | Travel Receipts |
| HITA00002 (64) | | 09/25/03 | 09/25/03 | 09/25/03 | Travel Receipts |
| W12 | | 09/25/03 | | | Jon Simpson |
| 11 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 11P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 12 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 13 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 14 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 15 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 16 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 17 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 18 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 19 | | 09/25/03 | 09/25/03 | 09/25/03 | Foundation Calculations |
| 12P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 13P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 14P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 15P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 16P (Missing) | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 17P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 18P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| 19P | | 09/25/03 | 09/25/03 | 09/25/03 | Plan |
| | KC-27 (Kerschner) | 09/25/03 | 09/25/03 | 09/25/03 | Fax from Juan S. Demapan to WU, SIMPSON & ASSOCIATES |
| | K-EEEEEEE (Kerschner) #11993 Pg. 6 #11994 Pg. 7 #11995 Pg. 8 | 09/25/03 | 09/25/03 | 09/25/03 | Ltr from Quantum to Ted Watson re DPW review of Construction Documents |
| | K-PPPPPP | 09/25/03 | 09/25/03 | 09/25/03 | Ltr. from Wu-Simpson to Quantum & Demapan Engineering |
| 116 | | 09/25/03 | 09/25/03 | 09/25/03 | Memo from Simpson (Wu-Simpson) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | K-AAA (Kerschner) | 09/25/03 | 09/25/03 | 09/25/03 | Ltr. from Wu, Simpson & Assoc. to JS Demapan |
|  | K-BBB (Kerschner) | 09/25/03 | 09/25/03 | 09/25/03 | Ltr. from Quantum to Jon Simpson |
| W13 |  | 09/25/03 |  |  | **Noeh R. Cruz (Electrical Engineer)** |
| 9 |  | 09/25/03 | 09/25/03 | 09/25/03 | Memo to Secretary of Finance |
| DEQ00286 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00250 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00251 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00285 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00075 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00043 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00042 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00119 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00118 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00150 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00151 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00219 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00183 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00182 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| DEQ00220 |  | 09/25/03 | 09/25/03 | 09/25/03 | Plans |
| W14 |  | 09/29/03 |  |  | **Juan V. Diaz** |
| 76 |  | 09/29/03 | 09/29/03 | 09/29/03 | BPL Investigation Report |
| 77 |  | 09/29/03 | 09/29/03 | 09/29/03 | BPL Roster and Rule |
|  | GAZ (Demapan) | 09/29/03 | 09/29/03 | 09/29/03 | Juan Diaz's notes dated 7/16/97. |
| W15 |  | 09/29/03 |  |  | **Harvey Fearn** |
|  | K-CCCCCCC (Kerschner) | 09/29/03 | 09/29/03 | 09/29/03 | Fax from Quantum to American Building Supply re 60 Units, Saipan |
|  | K-JJJJ (Kerschner) | 09/29/03 | 09/29/03 | 09/29/03 | Sealand International Bill of Lading #SEAU796046749 |
| W16 |  | 09/29/03 |  |  | **Duane Allen Smith** |
| W17 |  | 09/29/03 |  |  | **Mary Prichard** |
| W18 |  | 09/29/03 |  |  | **Won Il Bong** |
|  | SEC (Demapan) | 09/29/03 | 09/29/03 | 09/29/03 | Copy of fax from Pacifica Consulting Engineers |
|  | NK (Demapan) | 09/29/03 | 09/29/03 | 09/29/03 | Professional License Certificate |
|  | PP (Demapan) | 09/29/03 | 09/29/03 | 09/29/03 | Won Il Bong's Resume |
| DEQ00104 (EX. 60) |  | 09/30/03 | 09/30/03 | 09/30/03 | Offered by Defense (Demapan) DEQ Permit Documents |
| DEQ00118 (Ex. 60) |  | 09/30/03 | 09/30/03 | 09/30/03 | Offered by Defense (Demapan) DEQ Permit Documents |
| DEQ00086 (Ex. 60) |  | 09/30/03 | 09/30/03 | 09/30/03 | Offered by Defense (Demapan) DEQ Permit Documents |
| DEQ00087 (Ex. 60) |  | 09/30/03 | 09/30/03 | 09/30/03 | Offered by Defense (Demapan) DEQ Permit Documents |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| DEQ00088 (Ex. 60) | | 09/30/03 | 09/30/03 | 09/30/03 | Offered by Defense (Demapan) DEQ Permit Documents |
| | MR (Demapan) | 09/30/03 | 09/30/03 | 09/30/03 | Memorandum to Roman Demapan from Won Il Bong |
| 117 | | 09/30/03 | 09/30/03 | 09/30/03 | Fax to Won Il Bong from Juan Demapan |
| 118 | | 09/30/03 | 09/30/03 | 09/30/03 | Fax to Won Il Bong from Juan Demapan |
| W19 | | 09/30/03 | | | **Andrew Wakefield Smith** |
| 42 | | 09/30/03 | 09/30/03 | 09/30/03 | Notice to Proceed with Contract |
| 8 | | 09/30/03 | 09/30/03 | 09/30/03 | Memo to Secretary of Public Works |
| (60) DEQ0003 - DEQ0043 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0045 - DEQ0076 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0078 - DEQ0119 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0121 - DEQ0151 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0153 - DEQ0183 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0185 - DEQ0220 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0222 - DEQ0254 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| DEQ0256 - DEQ0286 | | 09/30/03 | 09/30/03 | 09/30/03 | DEQ Permit Documents |
| 54 | | 09/30/03 | 09/30/03 | 09/30/03 | 09/19/97 Letter to Demapan |
| 51 | | 09/30/03 | 09/30/03 | 09/30/03 | 06/26/97 Letter to Smith with Attachment |
| | K-SMITH-1 (Kerschner) | 09/30/03 | 09/30/03 | 09/30/03 | Subpoena of Andrew Smith |
| | KC-1 (Kerschner) | 09/30/03 | 09/30/03 | 09/30/03 | Letter to Michael S. Sablan from Andrew W. Smith |
| | K-AA (Kerschner) | 09/30/03 | 09/30/03 | 09/30/03 | CNMI Office of the Sec. of Public Works Routing & Transmittal Slip |
| | K-X (Kerschner) | 10/01/03 | 10/01/03 | 10/01/03 | Letter to Andrew Smith from Quantum International re: DPW Contract #70365 |
| | K-C-6 (Kerschner) | 10/01/03 | 10/01/03 | 10/01/03 | Memorandum dated 11/24/97 to the Governor from Director Technical Services Division. |
| | K-II (Kerschner) | 10/01/03 | 10/01/03 | 10/01/03 | Letter dated 7/23/97 to JSDemapan from AWSmith re 60 Classroom PSS Project, Contract No. C70365 |
| | K-YY (Kerschner) | 10/01/03 | 10/01/03 | 10/01/03 | Letter dated 7/27/97 from JSDemapan to AWSmith |
| | K-AAAAAAAA (Doc 112047) | 10/01/03 | 10/01/03 | 10/01/03 | Fax dated 11/19/97 from Quantum to Demapan Engineering re Update |
| | K-SSSSSSSS (Kerschner) | 10/01/03 | 10/01/03 | 10/01/03 | Letter dated 1/29/98 from Andrew W. Smith to Juan S.Demapan re: 60 Classroom Project: Contract No. C70365 |
| | QO (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Routing Slip from DPW to Cody |
| | | 10/01/03 | 10/01/03 | | Routing Slip dated 7/8/97 from DPW to Cody |
| | IU (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Letter dated 6/27/97 from DECC to DPW |
| | FP (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Memorandum dated 7/29/97 from A W Smith to DPW |
| | GAA (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Earthmoving and Erosion Control Commercial Permit Application Form |
| | GAE (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Design calculation of the Erosion Control from Demapan |
| | GAD (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Drawings for Erosion Control from Demapan |
| | GAF (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Earthmoving and Erosion Control Notice of Authorization |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | GAC (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Permit dated 8/8/97 |
| | GAI (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Memorandum dated 8/4/97 |
| | GAG (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Application Fees dated 7/30/97 |
| | GAL (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Routing Slip dated 4/16 |
| | C (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Revised Project Budget dated 1/4/99 |
| | GA (Demapan) | 10/01/03 | 10/01/03 | 10/01/03 | Memorandum dated 4/9/98 from Director, Division of Procurement and Supply to Acting Secretary of Public Works |
| 119 | | 10/01/03 | 10/01/03 | 10/01/03 | Ltr to Andrew Smith dated 2/26/98 from Quantum Int.. |
| 120 | | 10/01/03 | 10/01/03 | 10/01/03 | 07/04/1997 Ltr. to Leo La Mott at Office of the Public Auditor |
| 121 | | 10/02/03 | 10/02/03 | 10/02/03 | Ltr. to Stephen Lemieux from Tom Bussanich |
| | K-SMITH-2 (Kerschner) | 10/02/03 | 10/02/03 | 10/02/03 | Ltr. from Kerschner to Andrew Smith dated 1-30-1998 |
| | QI (Demapan) | 10/02/03 | 10/02/03 | 10/02/03 | Memo: Dir. TSD to Pro & Supply |
| | SB (Demapan) | 10/02/03 | 10/02/03 | 10/02/03 | Contract for Cliff Terry |
| 122 | | 10/02/03 | 10/02/03 | 10/02/03 | Photos of Construction site taken by Ken White |
| W20 | | 10/02/03 | | | Jai Hyun Kim |
| W21 | | 10/02/03 | | | Richard Lamkin |
| 24 | | 10/02/03 | 10/02/03 | 10/02/03 | Summary Chart of Demapan Phone Records |
| 29 | | 10/02/03 | 10/02/03 | 10/02/03 | Summary Chart of Kerschner Phone Records |
| | DW1 (Kerschner) | 10/03/03 | | | Michael Kerschner |
| | K-LLLLLLL (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Ltr from CNMI Sec of DPW to JSDemapan |
| | K-PPPPPPP (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Ltr from JSDemapan to AWSmith |
| | K-D (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax to Demapan Engineering from Quantum International Inc. re: Stateside Mobilization |
| | K-G (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Saipan To-Do List |
| | K-H (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Corp. Project cost assembly |
| | K-K (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax to Demapan Engineering from Quantum Int. re:DPW96 RFP-015 |
| | K-CCCC (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Invoice #97-00103 from Quantum to DPW $362,293.93 |
| | K-DDDD (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367520 |
| | K-EEEE (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367522 |
| | K-FFFF (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367523 |
| | K-GGGG (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367525 |
| | K-HHHH (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367529 |
| | K-IIII (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Quantum International Bill of Lading #QII812367533 |
| | K-MMMMMMM (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax from Quantum to Demapan Engineering re: Update |
| | K-MMM | 10/03/03 | 10/03/03 | 10/03/03 | Fax from Quantum to Demapan Engineering re : 60 Units |
| | K-DD (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Ltr. to Juan Demapan from Quantum International |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | K-QQ (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax from Ted Watson to Quantum re: ADAAG |
| | K-CCCCC (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax Memo to Demapan Engineering from Kerschner |
| | K-VVVVV (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Fax to Demapan Engineering from Mike Kerschner |
| | K-EEEEEE (full Ex.) (Kerschner) | 10/03/03 | 10/03/03 | 10/03/03 | Ltr. from Quantum to Ted Watson re DPW Review of Construction Docs. |
| 123 | | 10/03/03 | 10/03/03 | 10/03/03 | Documents received with the Subpoena to Michael Kerschner |
| 124 | | 10/03/03 | 10/03/03 | 10/03/03 | Contract Documents |
| 125 | | 10/03/03 | 10/03/03 | 10/03/03 | Excerpt from 60 Classroom Project |
| 126 | | 10/03/03 | 10/03/03 | 10/03/03 | Ltr. to Ed Guerrero from Kerschner |
| 127 (SAL 1-2) | | 10/03/03 | 10/03/03 | 10/03/03 | Copies of Check from Quantum International |
| 127 (SAL12-13) | | 10/03/03 | 10/03/03 | 10/03/03 | Release Document (2 pages) |
| 129 | | 10/06/03 | 10/06/03 | 10/06/03 | Ltr to Ed Deleon Guerrero from Juan S. Demapan dated 7/12/1996 |
| 130 | | 10/06/03 | 10/06/03 | 10/06/03 | Ltr. re 90 Classroom Project |
| 131 | | 10/06/03 | 10/06/03 | 10/06/03 | Ltr. from Quantum to Demapan 10/7/1997 |
| 133 | | 10/06/03 | 10/06/03 | 10/06/03 | Ltr. to Ted Watson |
| 134 | | 10/06/03 | 10/06/03 | 10/06/03 | Memo to Ted Watson from Mike Kerschner |
| 135 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to DECC from Quantum International |
| 70 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to Demapan Re: Bills of Lading |
| 69 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to Demapan re: Bills of Lading |
| 136 | | 10/06/03 | 10/06/03 | 10/06/03 | DECC Fax to Kerschner |
| 85 | | 10/06/03 | 10/06/03 | 10/06/03 | DECC Fax to Quantum dated 09/04/1997 |
| 86 | | 10/06/03 | 10/06/03 | 10/06/03 | DECC Fax to Quantum dated 09/05/1997 |
| 139 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to DPW from Michael Kerschner dated 10/31/1996 |
| 140 | | 10/06/03 | 10/06/03 | 10/06/03 | FAX to Sec. of Public Works from Michael Kerschner |
| 128 | | 10/06/03 | 10/06/03 | 10/06/03 | Copy of Sub-Contract between Quantum & DECC |
| 137 | | 10/06/03 | 10/06/03 | 10/06/03 | DECC Fax to Quantum 7/30/1997 (Sub-Contract Agreement |
| 138 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to DPW from Kerschner - 3/18/98 |
| | | 10/06/03 | | | |
| 142 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax from Quantum 10/13/97 |
| 143 | | 10/06/03 | 10/07/03 | 10/07/03 | Fax to Quantum from Brad Hancock (PORTER) |
| 144 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to WH Porter from Mike Kerschner dated 10/18/97 |
| 145 | | 10/06/03 | 10/06/03 | 10/06/03 | Fax to WH Porter from Mike Kerschner dated 10/13/97 |
| | | 10/06/03 | | | Affidavit of Brad Hancock |
| 147 | | 10/06/03 | 10/06/03 | 10/06/03 | Ltr to Leo LaMotte dated 3/14/1997 (            ) |
| 148 | | 10/06/03 | 10/06/03 | 10/06/03 | Public Notice re: Signing & Sealing all technical documents ... |
| 149 | | 10/07/03 | 10/07/03 | 10/07/03 | Fax to DECC from Mike Kerschner |
| 150 | | 10/07/03 | 10/07/03 | 10/07/03 | Invoice of BCE for Engineering Services |
| 151 | | 10/07/03 | 10/07/03 | 10/07/03 | Ltr to Kerschner from Jon Simpson dated 7/30/1997 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 152 | | 10/07/03 | 10/07/03 | 10/07/03 | Ltr to Kerschner from BCE |
| 153 | | 10/07/03 | 10/07/03 | 10/07/03 | Purchase Order - Liebert Inc. for Air Cons |
| 154 | | 10/07/03 | 10/07/03 | 10/07/03 | Ltr. to Andrew Smith from Michael Kerschner re: billing for Jan. |
| | KC-31 | 10/07/03 | 10/07/03 | 10/07/03 | Ltr to Kerschner from Bradley Hancock |
| | K-TTTTTTTT | 10/07/03 | 10/07/03 | 10/07/03 | Ltr from Hancock to Kerschner |
| | KC-29 | 10/07/03 | 10/07/03 | 10/07/03 | Memo dated 10/14/97 re: Declaration of Don Anderson |
| | DW2 (Kerschner) | 10/07/03 | ▓▓▓▓ | ▓▓▓▓ | Laurie Peterka |
| | LP-2 | 10/07/03 | 10/07/03 | 10/07/03 | Document Summary |
| | VN (Demapan) | 10/09/03 | 10/09/03 | 10/09/03 | (per stipulation on record) Won Il Bong Certificate of Registration |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.